

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In re The State of Texas,                    * Original Mandamus Proceeding

No. 11-17-00322-CR                           * January 19, 2018

                                             * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Willson, J.,
                                               Bailey, J., and Wright, S.C.J.,
                                               sitting by assignment)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, we deny Relator's petition for writ of mandamus.